UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE PROWS,<br><br>                    Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC,<br><br>                    Defendant. | Case No.:  13cv800-MMA-MDD<br><br>**NOTICE AND ORDER FOR SETTLEMENT CONFERENCE AND CASE MANAGEMENT VIDEO CONFERENCE** |

**IT IS HEREBY ORDERED** that a Settlement Conference and Case Management Conference in the above entitled action will be held on **May 5, 2021** at **9:30 a.m.**, with United States Magistrate Judge Mitchell Dembin, **via VIDEOCONFERENCE**.  Parties must comply with this Court's Civil Chambers Rules regarding any requests for continuances. Among other things, this Court's Civil Chambers' Rules require telephonic notification to chambers followed by a written motion no less than seven days prior to the scheduled conference.

Pursuant to Civil Local Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, **all counsel and all parties, and any other person(s) who has full and unlimited**

1

1  **authority to negotiate and enter into a binding settlement shall**
2  **appear at the conference and shall be prepared to discuss the claims,**
3  **defenses and damages.  Full authority to settle means that the**
4  **individual present at the settlement conference has the unfettered**
5  **discretion and authority to: 1) fully explore settlement options and to**
6  **agree at that time to any settlement options; 2) agree at that time to**
7  **any settlement terms acceptable to the parties; 3) change the**
8  **settlement position of a party; and 4) negotiate monetary awards**
9  **without being restricted to a specific sum certain.  Governmental**
10 **entities may appear through litigation counsel only.  As to all other**
11 **parties, appearance by litigation counsel only is *not* acceptable.**

12 The Court will use its official Zoom video conferencing account to hold
13 the Conference.  On or before **April 28, 2021**, counsel for each party must
14 email to the Court at efile_dembin@casd.uscourts.gov the name and title of
15 each participant and an e-mail address for each participant to receive the
16 Zoom videoconference invitation.

17 Confidential settlement briefs shall be submitted to chambers in person
18 or via email (efile_dembin@casd.uscourts.gov) on or before **April 28, 2021**.

19 All conference discussions will be informal, off the record, privileged
20 and confidential.

21 Prior to the Settlement Conference, counsel for each party must meet
22 and confer, make the initial disclosures required by Fed.R.Civ.P. 26(a) and
23 create a Joint Discovery Plan as provided in this Court's Civil Chambers
24 Rules.  The Joint Discovery Plan must be submitted to the Court in the same
25 manner as settlement briefs no later than seven days prior to the conference.

26 Immediately following the settlement conference, if no settlement is
27 reached, the Case Management Conference will occur.  Following the Case

1  Management Conference, the Court will issue a Scheduling Order under Fed.
2  R. Civ. P. 16.
3      Questions regarding this case may be directed to the Magistrate Judge's
4  chambers at (619) 446-3972.
5  **IT IS SO ORDERED.**
6  Dated: March 22, 2021

                                                      Hon. Mitchell D. Dembin
                                                      United States Magistrate Judge